UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>    Plaintiff,<br><br>    v.<br><br>B.P.H., et al.,<br><br>    Defendants. | No. 2:18-cv-3184 KJN P<br><br>ORDER AND FINDINGS &<br>RECOMMENDATIONS |

On December 13, 2018, plaintiff was ordered to pay the court's filing fee or file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On January 18, 2019, plaintiff was granted an additional fourteen days in which to comply with the order. Over fourteen days have passed, and plaintiff has not responded to the court's order and has not paid the fee or filed the required documents.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 22, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/over3184.fifp